IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MATHIEW D. MOZDEN                                                       PLAINTIFF

V.                              CASE NO. 5:13-CV-5160

WASHINGTON COUNTY DETENTION
CENTER; NURSE RHONDA BRADLEY;
ARAMARK FOOD SERVICES; SERGEANT
JAMES MORSE; FOOD SERVICE DIRECTOR
SONIA JENNINGS                                                          DEFENDANTS

ORDER

Comes on for consideration the Report and Recommendation (Doc. 50) filed in this case on September 9, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED**. The Motion to Dismiss (Doc. 49) is **GRANTED**; however the case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED on this 16th day of October, 2014.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE